UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KEELING, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN CRANE INC., et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-01066-VC<br><br>**ORDER ON STIPULATION AND ORDER SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 14 |

　　　The stipulation to dismiss John Crane, Inc., is granted. The stipulation to remand the case is denied because a plaintiff cannot stipulate to remand with a single dismissed defendant.

　　　A case management conference is set for Friday, April 7 at 10 a.m. by Zoom. A case management statement is due Friday, March 31.

　　　**IT IS SO ORDERED.**

Dated: March 27, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　United States District Judge